IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                         Case No. 4:11-cr-40037-032

PATRICK CORNELIUS, JR.                                                                      DEFENDANT

## ORDER

Before the Court are two motions filed by Defendant Patrick Cornelius, Jr. Cornelius has filed a Motion to Award the Time Spent in Miller County Jail as a Federal Prisoner (ECF No. 1253) and a Motion for Credit for Prior Custody (ECF No. 1270). Cornelius was released from federal custody on March 30, 2015. (ECF No. 1494). Therefore, the Court finds that these motions for credit for time served are moot.

**IT IS SO ORDERED** this 27th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge